# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDY GRAY,<br><br>　　　　Defendant. | Case No. 1:22-cv-01304-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN THIRTY DAYS |

Plaintiff is a state prisoner proceeding *pro se*. Plaintiff filed a complaint in this action on October 13, 2022. However, Plaintiff did not file an application to proceed *in forma pauperis*, or pay the filing fee. Plaintiff is required to either pay the filing fee or file an application demonstrating that he is entitled to proceed in this action without prepayment of the filing fee.

Accordingly, IT IS HEREBY ORDERED that:

1. The Office of the Clerk is directed to provide Plaintiff with an application to proceed *in forma pauperis* by a prisoner;

2. Within thirty (30) days from the date of service of this order, Plaintiff shall file the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $402.00 filing fee for this action;

3. No extension of time will be granted without a showing of good cause; and

///

4. The failure to comply with this order will result in dismissal of this action, without prejudice.

IT IS SO ORDERED.

Dated: **October 17, 2022**

UNITED STATES MAGISTRATE JUDGE