# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD,<br><br>        Plaintiff,<br><br>   v.<br><br>ANDY GRAY,<br><br>        Defendant. | Case No.  1:22-cv-01304-SAB<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>ORDER DENYING MOTION TO EXPEDITE THIS CASE AND SERVE DEFENDANTS<br><br>ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY SAN QUENTIN STATE PRISON<br><br>(ECF Nos. 3, 4) |

Plaintiff William J. Gradford ("Plaintiff"), a state prisoner proceeding *pro se*, initiated this action against Defendant Andy Gray on October 13, 2022. (ECF No. 1.) Plaintiff did not pay the filing fee in this action and instead, on November 7, 2022, filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 4.) The Court also notes Plaintiff filed a "Request to Expedite this Case and Serve Defendants." (ECF No. 3.) Plaintiff has made the showing required by 1915(a) and accordingly, the request to proceed *in forma pauperis* will be granted. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account. San Quentin State

1  Prison is required to send to the Clerk of the Court payments from Plaintiff's account each time
2  the amount in the account exceeds $10.00, until the statutory filing fee is paid in full.  28
3  U.S.C. § 1915(b)(2).  Notwithstanding this order, the Court does not direct that service be
4  undertaken until the Court screens the complaint in due course and issues its screening order.
5  Accordingly, Plaintiff's request to "expedite the case" to immediately serve the Defendants shall
6  be denied without prejudice.

7        Accordingly, IT IS HEREBY ORDERED THAT:

8     1.   Plaintiff's application to proceed *in forma pauperis* (ECF No. 4) is GRANTED;

9     2.   **The Warden of San Quentin State Prison or his designee shall collect**
10       **payments from Plaintiff's prison trust account in an amount equal to twenty**
11       **percent (20%) of the preceding month's income credited to the prisoner's**
12       **trust account and shall forward those payments to the Clerk of the Court**
13       **each time the amount in the account exceeds $10.00, in accordance with 28**
14       **U.S.C. 1915(b)(2), until a total of $350.00 has been collected and forwarded**
15       **to the Clerk of the Court.  The payments shall be clearly identified by the**
16       **name and number assigned to this action;**

17    3.   The Clerk of the Court is DIRECTED to serve a copy of this order and a copy of
18       Plaintiff's *in forma pauperis* application on the Warden of San Quentin State
19       Prison, at San Quentin State Prison, San Quentin, CA 94974, and via the Court's
20       electronic case filing system (CM/ECF);

21    4.   The Clerk of the Court is DIRECTED to serve a copy of this order on the
22       Financial Department, U.S. District Court, Eastern District of California; and

23    5.   Within **sixty (60) days** of the date of service of this order, Plaintiff shall submit a
24       certified copy of his prison trust account statement for the six-month period
25       immediately preceding the filing of the complaint, if Plaintiff has not already
26       done so.

27    6.   Plaintiff's request to expedite this case and serve Defendants (ECF No. 3) is
28       DENIED, without prejudice;

7. Service shall not be undertaken until the Court screens the complaint in due course and issues its screening order.

IT IS SO ORDERED.

Dated: **November 8, 2022**

UNITED STATES MAGISTRATE JUDGE