UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD,<br><br>  Plaintiff,<br><br>  v.<br><br>ANDY GRAY,<br><br>  Defendant. | Case No.  1:22-cv-01304-JLT-SAB<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSING CERTAIN CLAIMS**<br><br>(Docs. 14, 15) |

Plaintiff William Gradford, a state prisoner (BR-7892) proceeding *pro se* and *in forma pauperis*, initiated this civil rights action pursuant to 42 U.S.C. § 1983 on October 13, 2022, against Defendant Officer Andy Gray.  (Doc. 1.)  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Plaintiff's complaint was screened and found to state a cognizable claim.  (Doc. 11.) Plaintiff was ordered to either file a first amended complaint or notice of intent to proceed on the cognizable claim within thirty days.  (*Id.* at 14.)  On March 17, 2023, Plaintiff filed a notice stating that he wished to proceed on the cognizable claim.  (Doc. 12.)  The assigned magistrate judge entered findings and recommendations that this action proceed on Plaintiff's retaliation claim against Defendant Gray, and that all other claims be dismissed for failure to state a claim. (Doc. 14.)  On March 31, 2023, Plaintiff filed "objections to the findings and recommendations,"

1

but the filing appears to indicate Plaintiff would like to proceed on the claim found cognizable by the magistrate judge.  (Doc. 15.)

According to 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations entered on March 22, 2023 (Doc. 14) are **ADOPTED IN FULL**.
2. This action shall proceed on Plaintiff's retaliation claim against Defendant Gray based on extending his probation.
3. All other claims are **DISMISSED** for failure to state a claim.
4. The matter is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **April 20, 2023**

UNITED STATES DISTRICT JUDGE